```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 17989
   ESTHER HOWE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1940


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was not confirmed.

     The case was dismissed without confirmation 11/14/2007.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC UNSECURED          2104.64         .00           .00
OCWEN FEDERAL BANK       CURRENT MORTG          .00         .00           .00
OCWEN FEDERAL BANK       SECURED NOT I     20116.80         .00           .00
HSBC BANK USA            NOTICE ONLY     NOT FILED          .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------    ---------------
TOTALS                     .00                        .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/27/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```